ORDERED ACCORDINGLY.

Dated: May 13, 2014

*[signature]*

George B. Nielsen, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

MICHAEL R FORAKIS and CHRISTINE FORAKIS

Debtors.

In Chapter 11 Proceedings

Case No.: 2:13-bk-10962-GBN

**AMENDED STIPULATED ORDER CONFIRMING FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

The First Amended Plan of Reorganization (the "Plan") proposed by Michael R Forakis and Christine Forakis ("Debtors") filed with the Court on the 19th day of February, 2014 having been transmitted to creditors and parties in interest of record together with a copy of the Disclosure Statement approved by Order of the Court dated March 4th, 2014. Ballots having previously been mailed to accept or reject the Plan; and it having been determined at the Confirmation hearing properly noticed and held on the 27th day of March, 2014, and in the Debtor's attached Declaration of Michael Forakis, this court find and concludes as follows:[1]

1. This is a core proceeding within the meaning of 28 U.S.C., §157(b)(2)(A), (L), and (O). This matter arises under the Bankruptcy Code, Title 11 of the United States Code, 11

---

[1] Unless otherwise indicated, capitalized terms used in this Confirmation Order will correspond to the defined terms used in the Plan.

U.S.C. §§1101 et seq. (the "Bankruptcy Code"), and jurisdiction is vested in this Court to enter a final order by virtue of 28 U.S.C. §1334(a) and (b) and 28 U.S.C. §§157(a) and (b)(1).

2. The Objection to the Plan of Reorganization filed by LaSalle Bank NA as Trustee for WaMu Mortgage Pass-Through Certificate Series 2005-AR15 Trust Secured Creditor has been withdrawn or resolved by the Court.

3. Any and all parties-in-interest entitled to receive notice of the Confirmation Hearing were given adequate notice of the confirmation objection deadline and the Confirmation Hearing as required by the Bankruptcy Code, Bankruptcy Rules and the Local Rules.

4. The Plan and Disclosure Statement comply with Bankruptcy Rule 3016 in that they are dated and identify the entity submitting them.

5. All applicable provisions of the Bankruptcy Code have been complied with; and the Plan has been proposed by the Debtors in good faith and not by any means forbidden by law. See the attached Declaration of Michael Forakis.

6. Each holder of a claim or interest will receive or retain under the Plan property of a value, as of the Effective Date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Bankruptcy Code. See attached Declaration of Michael Forakis.

7. All payments made or promised by the Debtors or by any other person for services or for costs and expenses, or in connection with the Plan and incident to the case, will be set after confirmation of the Plan, will be subject to the approval of the Court and until such approval is granted, the Debtors will begin making payments directly to those creditors holding unsecured claims according to the provisions of the Plan until such time as the Court approves an application for services, costs or expenses as stated above.

8. Until this case is closed, dismissed, or converted, Debtors will timely pay all post-confirmation fees as they become due as required by 28 U.S.C. § 1930, as amended. Debtors will also timely file post-confirmation financial reports on a quarterly basis pursuant to Fed. R. Bankr. P. 2015(a)(5).

9. Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtors under the Plan. In this regard, all of the Properties are leased and the lease payments together with the Debtors' income are provided for Debtors herein.

IT IS THEREFORE ORDERED that the Plan of Reorganization be and is hereby confirmed.

IT IS FURTHER ORDERED that pursuant Section 1141(d)(5) of the Bankruptcy Code, since the Debtors are individuals, confirmation of the Plan does not discharge any debt provided for in the Plan until the Court grants the Debtors a Discharge after all payments due under the plan have been made. The hearing scheduled May 15, 2014 at 9:30 a.m. is vacated.

DATED and SIGNED as stated on the first page of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

SO STIPULATED:

By: _____
Leonard J. McDonald
Attorney for LaSalle Bank NA

By: _____
Michael R. Forakis
Debtor

-3-

SO STIPULATED:

By: _____
   Leonard J. McDonald
   Attorney for LaSalle Bank NA


By: _____
   Michael R. Forakis
   Attorney for LaSalle Bank NA
   Debtor

By:   ILENE J. LASHINSKY
      United States Trustee
      District of Arizona

      _____
      PATTY CHAN
      Trial Attorney